55° new

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name  GONZALeZ          MARIO          G.
      (Last)           (First)       (Initial)

FILED

JAN 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Prisoner Number   P-15345

Institutional Address   CAL. CORR. INST - P.O.Box 1906
                        TEHACHAPI, CA. 93581.

============================================================================

UNITED STATES DISTRICT COURT    E-filing

FOR THE NORTHERN DISTRICT OF CALIFORNIA    TEH

MARIO GABRIEL GONZALEZ

(Enter the full name of the
plaintiff in this action)

vs.

CATHERINE H. KOBAL

PROSECUTOR, ALEMEDA County.

(Enter the full name of the
defendant(s) in this action)

CV 08    0752

Case No.

(To be provided by the clerk
of court)

(PR)

COMPLAINT UNDER THE CIVIL
RIGHTS ACT, 42 U.S.C § 1983

( ✓ ) DEMAND FOR JURY TRIAL
(   ) NO JURY TRIAL DEMAND
       (check one only)

All questions on this complaint form must be answered in order
for your action to proceed.

I.    Exhaustion of Administrative Remedies

      Note:  You must exhaust your administrative remedies before
      your claim can go forward.  The court will dismiss any
      unexhausted claims.

1

A.  Place of present confinement CAL-CORR-INST- TEHACHAPI, STATE PRISON

B.  Is there a grievance procedure in this institution?
    YES ( ✔ )    NO (   )

C.  Did you present the facts in your complaint for review
    through the grievance procedure?    YES ( ✘ )    NO ( ✔ )

D.  If your answer is YES, list the appeal number and the date
    and result of the appeal at each level of review.  If you
    did not pursue a certain level of appeal, explain why.

    1.  Informal appeal I did APPEAL AN AGGreViANce form AT ALeMeDa
    County JAIL-SANTA RiTA- iN APRIL-2007 BEfORE APPEAL GoT ANSWeReD I WAS SHiPPed To prison

    2.  First formal level _____

    _____

    3.  Second formal level _____

    _____

    4.  Third formal level _____

    _____

E.  Is the last level to which you appealed the highest level of
    appeal available to you?  YES (   ). NO ( ✔ )

F.  If you did not present your claim for review through the
    grievance procedure, explain why. THiS MATTeR WAS AT SANTA RiTA-
    County JAIL, ALeMeDA- county. I did do my GRieVANce proCeduRe-Before it WAS ANSWeRed
    I WAS SHiPPed To prison·

II.  Parties

    Write your name and your present address.  Do the same for
    additional plaintiffs, if any.

    A. MARio GoNZALeZ·, CAL-CORR-INST; P·O Box 1906, TEHACHAPi, CA· 93581·

2

Write the full name of each defendant, his or her official
position, and his or her place of employment.

Ms.
B. CATHERINE H. KABAL., PROSECUTOR of ALEMEDA COUNTY.
city of OAKLAND.

III. Statement of Claim

State here as briefly as possible the facts of your case.  Be
sure to describe how each defendant is involved and to include dates,
when possible.  Do not give any legal arguments or cite any cases or
statutes.  If you have more than one claim, each claim should be set
forth in a separate numbered paragraph.

#1 ON OR ABOUT MARCH & APRIL 2007. WHILE I WAS IN SANTA RITA. COUNTY JAIL ALEMEDA
county. Ms. CATHERINE H. KoBAL THe prosecuT OR of alemedA County HAs
STopped my U.S. mAiL from reAcHiNG it destiNATiON. TO ELAiNe ANdersen.
my friend. my mAiL WAS Held witHouT my KNowledge. And I NeveR
Recieved ANy mAiL FROM ClAiNe ANdersen.

#2. Ms. CATHERiNe H. KoBAL stopped my U.S mAiL BecAuse I
would Not TestiFy AGAiNST my Co-defeNdANT JAde emily ANdersen.

3

#3. WHEN my mAiL WAS STopped By CATHERiNe H. KoBAL THe
pROseCuTOR, I wAS NeveR LeGALLY NOTiFYed wHy my U·S MAiL
WAS BeiNG witHHeLd, I HAVe A RiGHT AS A pRiSONeR, To
PeCieve ANY U·S MAiL.

IV. Relief

Your complaint cannot go forward unless you request specific
relief. State briefly exactly what you want the court to do for you.
Make no legal arguments; cite no cases or statutes.

I woLLd Like to Be compensATed foR my inconvieliANce ANd
would Like To Be compensATed witH moNey foR wHAT
sHe did. I would Like To Be compesATed foR THe
AMOUNT $ 10, 000

DATED: 12/6/07                    Marie Gonzales
                                  (Plaintiff's signature)

4

----------------------------------------------------------------------

## VERIFICATION
(optional)

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/6/07

(Plaintiff's signature)

----------------------------------------------------------------------

## JURY TRIAL DEMAND
(optional)

I demand a jury trial for all claims for which a jury trial is allowed.

YES (✓)    NO (  )   (check one only)

Dated: 12/6/07

(Plaintiff's signature)

(rev. 11/98)

5







UNITED STATES POSTAGE
PITNEY BOWES
$ 00.75⁰
02 1M
000422499O    JAN 25 2008
MAILED FROM ZIPCODE 93581

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CAL.
450 GOLDEN GATE AVENUE
BOX-36060
SAN FRANCISCO, CA. 94102

MARIO GONZALEZ P-15345
IB-6B-107.
CAL-CORR-INST.
P.O. BOX 1906
TEHACHAPI, CA 93581

F.R.
1-24-08
LEGAL MAIL.