FILED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIO GABRIEL GONZALEZ,  )
            )
    Plaintiff,  )   CV NO 08    0752
            )
    v.      )   PRISONER'S
            )   IN FORMA PAUPERIS
CATHERINE H. KOBAL · PROSECUTOR  )   APPLICATION                TEH
ALEMEDA, COUNTY.     )
    Defendant.  )
            )   E-filing                (PR)

I, MARIO GABRIEL GONZALEZ, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes _____   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I am imprisoned now: last employment was 2001 Holgun Brother's Moving & Storage Fremont, Cal. Net salary $250.00 a week - Wages per month - $1,200 a month. $8.50 an hour.

rev. 11/97                           2

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.    Business, Profession or self employment    Yes _____ No ✓

    b.    Income from stocks, bonds, or royalties?    Yes _____ No ✓

    c.    Rent payments?    Yes _____ No ✓

    d.    Pensions, annuities, or life insurance payments?    Yes _____ No ✓

    e.    Federal or State welfare payments, Social Security or other government source?    Yes _____ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married?   Yes _____ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____   Net $_____

4.  a.  List amount you contribute to your spouse's support:

$ _____NONE._____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____Ø_____

_____

5.  Do you own or are you buying a home?   Yes _____ No ✓

Estimated Market Value: $_____   Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes _____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____   No ✓

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____ ∅ _____

Do you own any cash?  Yes _____  No ✓   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes _____  No ✓

_____

8.  What are your monthly expenses?

Rent: $ ___ ∅ ___      Utilities: ___ ∅ ___
Food: $ ___ ∅ ___      Clothing: ___ ∅ ___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

I OWE C.D.C. RESTITUTION $5,000.00 TO THE STATE of CALIFORNIA · PRISON

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/6/07                          Mario Gonzalez
DATE                             SIGNATURE OF APPLICANT

rev. 11/97                    4

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _MARIO GONZALEZ P-15345_ for the last six months at
[prisoner name]
_CAL-CORR. INST.- TEHACHAPI, CA._ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _2⁰⁰_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _2⁰⁰_ .

Dated: _1/28/08_                    _[signature]_ CC-I Prieto
                                     Authorized officer of the institution

\* Inmate had a cash deposit of 13⁵⁰ on 12/4/07. The only deposit for 2007.

_[signature]_

rev. 11/97                              5

```
REPORT ID: TS3030  .701                                    REPORT DATE: 12/05/07
                                                           PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIF CORRECTIONAL INSTITUTION
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: OCT. 01, 2007 THRU DEC. 05, 2007

ACCOUNT NUMBER : P15345                    BED/CELL NUMBER: 4B6ASH000000204U
ACCOUNT NAME   : GONZALES, MARIO GABRIEL       ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                            TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS    WITHDRAWALS   BALANCE
-----    ----  -----------    -------    ---------   --------    -----------   -------

10/01/2007     BEGINNING BALANCE                                                 0.00
12/04*DD30 CASH DEPOSIT   3568MR828                   13.50                     13.50

                           CURRENT HOLDS IN EFFECT
  DATE      HOLD
 PLACED     CODE       DESCRIPTION              COMMENT        HOLD AMOUNT
---------   ----   --------------------------   ---------      -----------
11/21/2007  H109   LEGAL POSTAGE HOLD           3406LEGPOS         0.65


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/02/04                     CASE NUMBER: *H32353
COUNTY CODE: *ALA                            FINE AMOUNT: $   5,069.60

   DATE      TRANS.  DESCRIPTION                   TRANS. AMT.      BALANCE
 --------    ------  -----------                   -----------      -------

10/01/2007   BEGINNING BALANCE                                       4,994.52
12/04/07     DR30    REST DED-CASH DEPOSIT           15.00-          4,979.52

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                            TRUST ACCOUNT SUMMARY
BEGINNING       TOTAL         TOTAL        CURRENT        HOLDS       TRANSACTIONS
 BALANCE       DEPOSITS     WITHDRAWALS    BALANCE       BALANCE      TO BE POSTED
---------     ---------    ------------   ---------     ---------    -------------
   0.00         13.50          0.00         13.50          0.65          0.00

                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                           ---------
                                                             12.85
```

```
REPORT ID: TS3030   .701                                          REPORT DATE: 12/05/07
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIF CORRECTIONAL INSTITUTION
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU DEC. 05, 2007


            TOTAL NUMBER OF STATEMENTS PRINTED:               1
  TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:           13.50
```

```
REPORT ID: TS3030   .701                                          REPORT DATE: 12/05/07
                                                                    PAGE NO:       1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIF CORRECTIONAL INSTITUTION
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 01, 2007 THRU DEC. 05, 2007

ACCOUNT NUMBER : P15345                    BED/CELL NUMBER: 4B6ASH000000204U
ACCOUNT NAME   : GONZALES, MARIO GABRIEL       ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION    COMMENT     CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----    ----  -----------    -------     ---------   --------    -----------    -------

11/01/2007     BEGINNING BALANCE                                                    0.00

12/04*DD30 CASH DEPOSIT  3568MR828                      13.50                      13.50

                           CURRENT HOLDS IN EFFECT
   DATE       HOLD
  PLACED      CODE         DESCRIPTION              COMMENT         HOLD AMOUNT
 ---------    ----   ----------------------------  ----------      -----------
 11/21/2007   H109   LEGAL POSTAGE HOLD            3406LEGPOS            0.65

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/02/04                          CASE NUMBER: *H32353
COUNTY CODE: *ALA                                 FINE AMOUNT: $   5,069.60

    DATE      TRANS.    DESCRIPTION               TRANS. AMT.       BALANCE
  --------    ------    -----------               -----------       -------

 11/01/2007   BEGINNING BALANCE                                    4,994.52

 12/04/07     DR30      REST DED-CASH DEPOSIT        15.00-        4,979.52

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS      BALANCE      BALANCE     TO BE POSTED
  ---------    ---------    -----------    ---------    ---------    ------------
     0.00        13.50          0.00         13.50         0.65          0.00

                                                                      CURRENT
                                                                     AVAILABLE
                                                                      BALANCE
                                                                    -----------
                                                                        12.85
```

```
REPORT ID: TS3030   .701                                      REPORT DATE: 12/05/07
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIF CORRECTIONAL INSTITUTION
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: NOV. 01, 2007 THRU DEC. 05, 2007


             TOTAL NUMBER OF STATEMENTS PRINTED:               1
   TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:           13.50
```