IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


MARIO G. GONZALEZ,

        Plaintiff,                        No. C 08-0752 TEH (PR)

   v.

                                    JUDGMENT

CATHERINE KOBAL,

        Defendant.

_____/


     For the reasons stated in the order of dismissal, this case is DISMISSED

without prejudice.  Judgment is entered in favor of defendant.

IT IS SO ORDERED AND ADJUDGED.


DATED:   07/02/08

                                   THELTON E. HENDERSON
                                   United States District Judge

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MARIO G GONZALEZ,

              Plaintiff,

   v.

CATHERINE H KOBAL et al,

              Defendant.

                             /

Case Number: CV08-00752 TEH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Mario G. Gonzalez P-15345
Cal.-Correctional Institution
P.O. Box 1906
Tehachapi, CA 93581


Dated: July 2, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk